MALABY *v.* HINKSTON.—In error.

THE Circuit Court overruled the appellee's motion to dis-
miss an appeal.   The motion was founded on the affidavit of
a third person of his belief that the appeal-bond was not exe-
cuted within the time required by the statute.   The record
and bond showed on their face that the bond was executed
and filed in time.   *Held*, that the motion was correctly over-
ruled.

The plaintiff, in the case of an appeal from the judgment
of a justice in his favour, was a non-resident when the cause
was called in the Circuit Court.   *Held*, that he might be re-
quired to give security for costs, though he was a resident
when he commenced the suit, when the judgment was ren-
dered, and when the appeal was taken.